ACCEPTED
07-15-00249-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
11/5/2015 2:27:48 PM
Vivian Long, Clerk

# IN THE COURT OF APPEALS FOR THE
## SEVENTH DISTRICT OF TEXAS
### AMARILLO, TEXAS

No. 07-15-00249-CR

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
11/5/2015 2:27:48 PM
VIVIAN LONG
CLERK

| | | |
|---|---|---|
| RUDY CORTINAS, APPELLANT | § § § § § § § § | From the 432ND District Court |

RUDY CORTINAS,
  APPELLANT                          §
                                     §         From the  432ND District Court
                                     §
                                     §         Tarrant County, Texas
                                     §
                                     §         Trial Case No. 1345818D
                                     §
THE STATE OF TEXAS,                  §
  APPELLEE

---

## MOTION FOR FIRST EXTENSION OF TIME
## FOR FILING THE APPELLANT'S BRIEF ON APPEAL

---

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW, Appellant Rudy Cortinas, by and through his court appointed attorney, Richard A. Henderson for the above entitled appeal requests the Court to grant a first extension of time for filing Appellant's  brief and moves as follows:

### I.

The Court in which the case is pending on appeal is from the 432nd   District Court of Tarrant County, Texas and the number and style of this case in such trial court is *The State of Texas  v. Rudy Cortinas,* No. 1345818D.

### II.

The appeal arises from Appellant's offense of Possession of a Controlled Substance of Less Thanone Gram, Namely: Methamphetamine, of which the court sentenced defendant to seven (7) years to be served  at the Institutional Division of the Texas Department of Criminal

---

Motion for First Extension of Time For Filing of Appellant's Brief on Appeal          Page 1

Justice.

## III.

The Appellant is currently incarcerated at the Tarrant County Jail, Fort Worth, Texas.

## IV.

On September 25, 2015, Richard A. Henderson was appointed by the Court to represent the Defendant on his appeal.

## V.

The Supplemental Reporter's Record was filed on October 8, 2014 and the Supplemental Clerk's Record was filed on September 30, 2015; therefore, Appellant's brief was due to be filed on October 30, 2015.

## VI.

The Appellant's attorney completed and filed the brief on *Leticia Bleil vs. The State of Texas, 02-15-00120-CR,* the record was very large and complex; counsel attended a capital murder seminar in Santa Fe, NM on October 28-30, 2015; counsel had an unexpected event in San Antonio on October 31 – November 4, 2015. In addition, other legal work has prevented the undersigned from starting Appellant's brief by its due date.

## VII.

The Appellant's extension is not requested for purposes of delay but rather to adequately address the legal issues that needs to be presented in Appellant's brief.

## VIII.

Counsel for Appellant respectfully requests a thirty (30) day extension of time to file her brief having a due date of filing Appellant's brief on or about **November 29, 2015.**

PREMISES CONSIDERED, the Appellant respectfully requests the Court to grant this Motion for First Extension of Time for Filing the Appellant's Brief and ordered due date of **November 29, 2015.**

Respectfully submitted,

RICHARD A. HENDERSON P.C.
Two City Place
100 Throckmorton Street, Suite 540
Fort Worth, Texas 76102
Telephone:817-332-9602
Facsimile: 817-335-3940
*richard@rahenderson.com*

Richard A. Henderson
State Bar No. 09427100

ATTORNEY FOR APPELLANT

## Certificate of Conference

The Attorney's secretary for Appellant spoke with Cindy at the Tarrant County District Attorney's Office in Post-Conviction on November 5, 2015 and was informed that the State will not oppose the filing of appellant's first extension to file brief.

Richard A. Henderson

## Certificate of Service

A true and foregoing Motion for First Extension of Time to File Appellant's Brief on Appeal has been served an electronic copy to Debra Windsor, Post Conviction, Assistant Criminal District Attorney and mailed to Appellant, Rudy Cortinas, CID#0259844, Tarrant County Jail, 100 N. Lamar Street, Fort Worth, Texas 76102 on this the 5th day November 2015.

Richard A. Henderson